**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02323-PAB-SKC

RONALD J. HEALY

Plaintiff,

v.

THUNDERBIRD PETROLEUM PRODUCTS, LLC,
LANE STUM

Defendants.

## JOINT MOTION FOR SETTLEMENT CONFERENCE

Plaintiff Ronald Healy, by and through counsel Gary Kramer Law, LLC and Defendants Thunderbird Petroleum Products, LLC and Lane Strum, by and through counsel, Treece Alfrey Musat PC, hereby request that a Settlement Conference be scheduled in the above captioned matter pursuant to D.C.COLO.LCivR 16.6.  In support therefore, the undersigned state as follows:

1. A Scheduling Conference was held on October 8, 2020.
2. The parties have engaged in limited discovery.  Settlement negotiations have been undertaken, but have been unable to resolve the matter.
3. It is in the best interests of the parties involved to avoid further litigation proceedings and costs, and a settlement conference will provide the parties the best opportunity to settle and avoid further litigation.

2

4. Therefore, the parties request that the Court schedule a Settlement Conference at the earliest convenience of the Court, in an effort to proceed with exploration of settlement and resolution of this matter in good faith.

Respectfully submitted this 8th day of January, 2021.

*s/Gary M. Kramer*
Gary M. Kramer
Gary Kramer Law, LLC
1465 Kelly Johnson Blvd, Suite 210
Colorado Springs, CO  80920
Telephone: (719) 694-2783
FAX: (719) 452-3622
Email: gary@garykramerlaw.com
*Attorney for Plaintiff*


*s/ Lauren M. Getsie*
Lauren M. Getsie
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-2700
FAX: (303) 295-0414
Email: lgetsie@tamlegal.com
*Attorneys for Defendants Thunderbird Petroleum
  Products, LLC and Lane Stum*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of January, 2021, a true and correct copy of the foregoing **REQUEST FOR SETTLEMENT CONFERENCE** was filed via CM/ECF and electronically transmitted to the following by email:

    Gary M. Kramer
    Gary Kramer Law, LLC
    gary@garykramerlaw.com
    *Attorney for Plaintiff*


                                                *s/ Roberta Musser*
                                               Roberta Musser